**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 97-2429**

―――――――――――

In Re: SYED H. (NAYYAR) ZAIDI,

                                        Petitioner.

―――――――――――

On Petition for Writ of Prohibition. (CA-97-467-A)

―――――――――――

Submitted:  November 25, 1997      Decided:  January 6, 1998

―――――――――――

Before HALL, MURNAGHAN, and MICHAEL, Circuit Judges.

―――――――――――

Petition denied by unpublished per curiam opinion.

―――――――――――

Syed H. Zaidi, Petitioner Pro Se.

―――――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Syed H. (Nayyar) Zaidi filed a petition for a writ to compel and to prohibit requesting that this court compel the United States Attorney to act on Zaidi's complaint that the Plaintiff in an on-going civil suit involving Zaidi made improper service of process and committed perjury and prohibit the United States Attorney from using the excuse, "scarce prosecutorial resources."

A writ of prohibition is an extraordinary remedy; the writ should issue only where the petitioner's right to the remedy is clear and indisputable, see In re Vargas, 723 F.2d 1461, 1468 (10th Cir. 1983), and where the petitioner has not other adequate means of relief. See In re Banker's Trust Co., 775 F.2d 545, 547 (3d Cir. 1985); see also In re Beard, 811 F.2d 818, 826 (4th Cir. 1987).

We deny Zaidi's petition for a writ to compel and to prohibit because he fails to show that his right to such relief is clear and indisputable[*] and that he has exhausted all available means of relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

---

[*] See Linda R. S. v. Richard D., 410 U.S. 614, 619 (1973) ("[A] private citizen lacks a judicially cognizable interest in the prosecution or nonprosecution of another.").